UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| MISTY D. MORSE, individually and on behalf of others similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> EQUITY LIFESTYLE PROPERTIES, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) **COLLECTIVE ACTION COMPLAINT** <br> ) **PURSUANT TO 29 USC § 216(b)** <br> ) <br> )  CASE NO.  2:13-cv-408-JMS-MJD <br> ) <br> ) <br> ) <br> ) <br> ) |

*PLAINTIFF'S MOTION TO CERTIFY FLSA COLLECTIVE ACTION STATUS AND ISSUE NOTICE*

Plaintiff Misty D. Morse (hereinafter "Morse"), by counsel, respectfully asks the Court to certify the class of collective Plaintiffs under the Fair Labor Standards Act ("FLSA") for the purpose of this litigation.  Plaintiff's Motion for Approval of Proposed Class Notice is filed contemporaneously herewith.

Plaintiff seeks collective action status for the following class of current and former employees of Equity Lifestyle Properties, Inc. (hereinafter "Equity"):

> All non-exempt employees of Equity who currently work or previously worked at one or more of Equity's communities nationwide, who worked overtime hours in one or more weeks, and who received commissions at any time from November 25, 2010 until the present.

The members of the above-described class are "similarly situated" to the class representative, Morse, inasmuch as each, during employment with Equity, was not paid overtime

wages at a full and proper rate because Equity failed to factor commission income into the calculation of regular rate of pay for purposes of computing overtime wages.

"[C]ollective actions differ significantly from Rule 23 class action." *Coan v. Nightingale Home Healthcare, Inc.*, 2005 WL 1799454 *1 (S.D. Ind. 2005); *Carter v. Indianapolis Power & Light Co.*, 2003 WL 23142183 *2 (S.D. Ind. 2003). "Potential plaintiffs in a collective action must affirmatively state in writing that they wish to participate in the case." *Id.* No employee can be a party to a FLSA collective action unless he or she files a written consent to join the lawsuit in the court where the action is pending. *Id.* Accordingly, Plaintiff seeks an order from this Court to send notice of the FLSA collective action to all the similarly situated individuals so that they may have the opportunity to join this case. Therefore, Plaintiff respectfully requests the Court deem the Plaintiff's FLSA claim of being denied all overtime compensation because of Equity's failure to factor commission income into the regular rate of pay when computing overtime wages as a collective action, certify the class of collective Plaintiffs as defined herein, order immediate notice of the collective action to potential members of the collective class, and grant the collective Plaintiffs all other relief that is just and appropriate in the circumstances.

Respectfully submitted,

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.
Attorney No. 18038-84
HUNT, HASSLER, LORENZ & KONDRAS LLP
100 Cherry Street
Terre Haute, IN 47807
Phone: (812) 232-9691
Fax: (812) 234-2881
kondras@huntlawfirm.net

    /s/Allen R. Vaught
Allen R. Vaught
BARON & BUDD, P.C.
(Pending application for admission to Southern District of Indiana)
Texas Bar No. 24004966
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
(214) 521-3605 – Telephone
(214) 520-1181 – Facsimile
avaught@baronbudd.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Motion to Certify FLSA Collective Action was served with the Original Complaint and summons upon the Defendant's registered agent.

Respectfully submitted,

HUNT, HASSLER, LORENZ & KONDRAS LLP

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.