| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 131 |
|-----|------|-------|-------|-----------|-----|
| 1AA | 015964 | 005058 | IN1 | 0000250777 | 1 |
| | | | | | 5058 |

# Earnings Statement



EQUITY LIFESTYLE PROPERTIES
TWO NORTH RIVERSIDE PLAZA
SUITE 800
CHICAGO, IL 60606

Period Beginning: 05/30/2013
Period Ending: 06/12/2013
Pay Date: 06/19/2013

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 4
    IN: 4

**MISTY MORSE**
**1119 S 7TH ST**
**CLINTON IN 47842**

Social Security Number: XXX-XX-2125

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Regular | 9.0000 | 78.75 | 708.75 | 2,414.25 |
| Ot Overtime | 13.5000 | 7.25 | 97.88 | 97.88 |
| Cm3 Front Line | | | 125.00 | 175.00 |
| **Gross Pay** | | | **$931.63** | 2,687.13 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -1.24 | 1.24 |
| | Social Security Tax | -57.76 | 166.60 |
| | Medicare Tax | -13.51 | 38.96 |
| | IN State Income Tax | -26.44 | 70.44 |
| | Vermillion Income Tax | -0.78 | 2.08 |
| | **Other** | | |
| | Cka Checking 1 | -831.90 | |
| | **Net Pay** | **$0.00** | |

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Employee Id | | 0015964 |

**Important Notes**
ACCESS THE ELS EMPLOYEE SERVICE CENTER AT
HTTPS://PORTAL.ADP.COM OR CALL 877-225-2013 M-F
8AM-6PM CT

CHECK CASHING PRIOR TO THE PAYDATE IS PROHIBITED
FEES MAY APPLY

Your federal taxable wages this period are $931.63

© 2000 ADP, Inc

EQUITY LIFESTYLE PROPERTIES
TWO NORTH RIVERSIDE PLAZA
SUITE 800
CHICAGO , IL 60606

**Advice number:** 00000250777
Pay date: 06/19/2013

**Deposited to the account of**
**MISTY MORSE**

| account number | transit ABA | amount |
|---|---|---|
| xxx0850 | xxxx xxxx | $831.90 |



**NON-NEGOTIABLE**