**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | |
|---|---|
| **MISTY D. MORSE,** individually and on behalf of others similarly situated, )))) | |
| Plaintiff, )) | |
| v. ))) | CASE NO. 2:13-cv-00408-JMS-MJD |
| **EQUITY LIFESTYLE PROPERTIES, INC.,** ))))) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Misty D. Morse, and Defendant, Equity Lifestyle Properties, Inc., having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Misty D. Morse in this matter are dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

Date: __10/10/2014_____

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

COPIES TO:

Michael W. Padgett
padgettm@jacksonlewis.com

Robert P. Kondras, Jr
kondras@huntlawfirm.net

Melissa K. Taft
melissa.taft@jacksonlewis.com

Allen R. Vaught
avaught@baronbudd.com

4848-8321-6670, v. 1